UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ILKB, LLC.,

                                            Plaintiffs,

                v.                                                    Civil Action No. 19-cv-6405-GRB-SIL

JIM HARRER and BEST HOUR FITNESS, INC.,
                                            Defendants.

## NOTICE OF VOLUNTARY DISMISSAL

**NOTICE IS HEREBY GIVEN** that Plaintiff ILKB, LLC, through its undersigned counsel, dismisses the above-captioned action against Defendants Jim Harrer and Best Hour Fitness, Inc. without prejudice to its right to file future lawsuits or otherwise seek redress of its grievances through alternative dispute resolution.

Such dismissal is proper and no court order is required because the opposing party has not yet appeared nor filed an answer or motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i) (plaintiff may dismiss an action without a court order in such circumstances).

Respectfully Submitted,

Dated: February 7, 2020          **NIXON PEABODY LLP**
          Jericho, New York

By*:   /s/ Daniel C. Gibbons*
          Daniel C. Gibbons
          Marissa A. Muscarella

50 Jericho Quadrangle, Suite 300
Jericho, New York 11375
T: (516) 832-7500
F: (516) 832-7555
dgibbons@nixonpeabody.com
mmuscarella@nixonpeabody.com

*Attorneys for Plaintiff ILKB, LLC*

1

4840-7472-8116.2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on February 7, 2020.

<u>*/s/ Daniel C. Gibbons*</u>
Daniel C. Gibbons

2